IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                ORDER

v.

                                        08-CR-105-bbc-02

GERARDO PINEDA SORIA,

                Defendant.
_____

      The Report and Recommendation entered on February 11, 2009 is hereby AMENDED to reflect the following correction to the first two sentences in the first paragraph of the Facts section:

            On Wednesday, June 18, 2008, *DCI Special Agent Jim Engels* sought and obtained from this court a search warrant for 253 South High Street, Apt. A, in Janesville, Wisconsin.  In *his* supporting affidavit, Agent *Engels* reported that the building housing this apartment was a Victorian home subdivided into apartments, two at the 253 South High Street address, and two more with an address of 321 West Holmes Street.

This correction is not material to the analysis or the conclusions reached.

      Entered this 12th day of February, 2009.

                                        BY THE COURT:

                                        /s/

                                        STEPHEN L. CROCKER
                                        Magistrate Judge